

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00284-CR

Josie L. **ALANIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1192
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss is **GRANTED** and this appeal is **DISMISSED**.

SIGNED April 17, 2019.

_____
Beth Watkins, Justice